*SAO*
GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
MARTIN A. MUCKLEROY, ESQ.
Nevada Bar No. 9634
COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
A Professional Corporation
3930 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 949-3100
Facsimile:  (702) 949-3104

*Attorneys for Plaintiff Douglas Church*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS CHURCH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AIRTRAN HOLDINGS, INC., ROBERT L. FORNARO, J. VERONICA BIGGINS, DON L. CHAPMAN, GEOFFREY T. CROWLEY, G. PETER D'ALOIA, JERE A. DRUMMOND, JOHN F. FIEDLER, MICHAEL P. JACKSON, LEWIS H. JORDAN, ALEXIS P. MICHAS, SOUTHWEST AIRLINES CO., and GUADALUPE HOLDINGS CORP.,<br><br>Defendants. | Case No. 2:10-cv-02096<br><br>**STIPULATION AND ORDER TO CONTINUE AUGUST 2nd , 2011 STATUS CONFERENCE** |

Plaintiff DOUGLAS CHURCH and Defendants AIRTRAN HOLDINGS, INC., ROBERT L. FORNARO, J. VERONICA BIGGINS, DON L. CHAPMAN, GEOFFREY T. CROWLEY, G. PETER D'ALOIA, JERE A. DRUMMOND, JOHN F. FIEDLER, MICHAEL P. JACKSON, LEWIS H. JORDAN, ALEXIS P. MICHAS, SOUTHWEST AIRLINES CO., and GUADALUPE HOLDINGS CORP. (collectively "Defendants") by and through their attorneys of record, stipulate and agree to continue the currently scheduled August 2nd, 2011 Status Conference for 1 week at a

405.0046  1831367.1

date convenient to the Court. A settlement has been approved by the State Court in the related Nevada State Court case of *Leonolli v. AirTran Holdings, Inc. et al,* Case No. 10-OC-00448-1B but the issue of attorneys' fees is pending before the Court and it should be resolved within the next week. It is anticipated that upon final resolution of the State Court matter, the action before this Court will be dismissed.

Dated: July 29th, 2011.

**MAUPIN, COX & LEGOY**

By: /s/ *Donald A. Lattin*
Donald A. Lattin
4785 Caughlin Pkwy
Reno, NV 89519

-and-

**HOGAN LOVELLS US LLP**
Sanford M. Litvack, Esq.
Tracey A. Tiska, Esq.
875 Third Avenue
New York, NY 10022

Attorneys for Defendants, Airtran Holdings, Inc., Robert L. Fornaro, J. Veronica Biggins, Don L. Chapman, Geoffrey T. Crowley, G. Peter D'Aloia, Jere A. Drummond, John F. Fiedler, Michael P. Jackson, Lewis H. Jordan, and Alexis P. Michas

**BROWNSTEIN HYATT FARBER SCHRECK LLP**

By: /s/ *Jeffrey S. Rugg*
Jeffrey S. Rugg
100 North City Parkway
Suite 1600
Las Vegas, NV 89106

Attorneys for Defendants, Southwest Airlines Co., and Guadalupe Holdings Corp.

**COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**

By: /s/ *Martin A. Muckleroy*
Martin A. Muckleroy
3930 Howard Hughes Parkway, Ste. 200
Las Vegas, NV 89169

-and-

**FARUQI & FARUQI, LLP**
Vahn Alexander, Esq.
1901 Avenue of the Stars
Second Floor
Los Angeles, CA 90067

Attorneys for Plaintiff

**ORDER**
New Status Conference Date: 8/12/2011, 9:30am.
**IT IS SO ORDERED this 29th day of July, 2011.**

_____
**Gloria M. Navarro
United States District Judge**